PEOPLE v. BALDWIN.

(*Supreme Court, General Term, Third Department.* February 7, 1889.)

CRIMINAL LAW—SENTENCE—MODIFICATION—POWER OF COURT OF SESSIONS.
  The court of sessions having power to modify the sentence imposed by the special
  sessions in a criminal case, a defendant who has pleaded guilty has a right to have
  the court of sessions on appeal exercise its discretion as to the sentence.

Appeal from court of sessions, Montgomery county.

This is an appeal from an order dismissing an appeal from a judgment of a
court of special sessions, held by the recorder of the city of Amsterdam, con-
victing the appellant, Philo Baldwin, of assault in the third degree. Septem-
ber 29, 1888, a complaint was made to the recorder, charging defendant with
the crime of assault in the third degree, and a warrant for his arrest was
thereupon issued. On the same day the defendant was arrested and brought
before the recorder, pleaded not guilty, and, at his request, an adjournment ·
was taken to October 2, 1888. On the adjourned day defendant appeared, and
asked leave to withdraw his former plea of not guilty. Leave was granted,
and defendant withdrew his plea of not guilty, and pleaded guilty. He was
thereupon sentenced to be confined in the common jail of Montgomery county
for 30 days, and to pay a fine of $50. From this judgment an appeal to the
court of sessions was allowed by the county judge. At the next sessions a
motion was made by the district attorney upon notice to dismiss the appeal.
The motion was granted, and an order entered dismissing the appeal. From
that order this appeal is taken.

*Maxwell Bros.,* for appellant. *C. S. Nisbet,* for respondent.

PER CURIAM. It is not disputed that the court of sessions had power to
modify the sentence of the court of special sessions. We think, therefore,
that although the defendant pleaded guilty, yet he had the right to have the
court of sessions exercise its discretion as to the sentence. The order dis-
missing the appeal is reversed.